UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

R.A. R.B.                                                     :
                                                             :
                        Petitioner,                          :
                                                             :
            -v-                                              :        26 Civ. 264 (JPC)
                                                             :
LADEON FRANCIS, *et al.*,                                    :        ORDER
                                                             :
                        Respondents.                         :
                                                             :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court, having examined the Petition in this action, which Petitioner filed under 28 U.S.C. § 2241, orders that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

By January 15, 2026, at 12:00 p.m., the U.S. Attorney's Office shall file an answer or other pleadings in response to the Petition. Petitioner may file reply papers, if any, by January 15, 2026, at 11:59 p.m. On January 16, 2026, at 12:00 p.m., counsel for all parties are ordered to appear before the undersigned for a hearing on the Petition. The hearing will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 13, 2026
       New York, New York                         _____
                                                         JOHN P. CRONAN
                                                  United States District Judge