UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.A.R.B.,<br><br>                    Petitioner,<br><br>        -against-<br><br>Francis et al.,<br><br>                    Respondents. | No. 26-cv-264 (JPC) |

**Amended Motion to Withdraw as Counsel by Attorneys Melissa L. Chua, Lauren M. Reiff, Lauren N. Kostes, and Rebecca D. Rubin**

Pursuant to Rule 1.4(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorneys Melissa L. Chua, Lauren M. Reiff, Lauren N. Kostes, and Rebecca D. Rubin respectfully request leave to withdraw as counsel for Petitioner in the above-captioned case, and an order directing the Clerk of Court to remove their names from the CM/ECF filings service list for this matter. Petitioner has retained private counsel, namely Roger Asmar and Steven Benjamin Ross, who filed their Notices of Appearance on January 16, 2026.  *See* Dkt. Nos. 11, 12. Petitioner has therefore requested Melissa L. Chua, Lauren M. Reiff, Lauren N. Kostes, and Rebecca D. Rubin to withdraw as his counsel. Their withdrawal will cause no delay or prejudice as Plaintiff will continue to be represented by his retained counsel. The withdrawing attorneys are not asserting a retaining or charging lien.

Dated: January 20, 2026

/s/ Rebecca D. Rubin

Rebecca D. Rubin
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, NY 10004
(212) 659-7455
rrubin@nylag.org
*Withdrawing Attorney for Petitioner*

The request is granted.  Petitioner's retention of private counsel satisfies Local Civil Rule 1.4(b)'s requirement of "satisfactory reasons for withdrawal," and the Court is similarly satisfied that "the prosecution of the suit is [not] likely to be disrupted by the withdrawal of counsel."  *Whiting v. Lacara*, 187 F.3d 317, 320 (2d Cir. 1999) (cleaned up).  The Clerk of Court is respectfully directed to terminate Rebecca D. Rubin, Melissa L. Chua, Lauren M. Reiff, and Lauren N. Kostes as counsel in this matter and to close Docket Numbers 13 and 14.

SO ORDERED
January 23, 2026

JOHN P. CRONAN
United States District Judge