**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAFAEL ANDRES RUBIO BOHORQUEZ,<br><br>       Petitioner,<br><br>  - v -<br><br>LADEON FRANCIS, *et al.*,<br><br>       Respondents. | Case No. 26 Civ. 264 (JPC)<br><br><br>**RETURN TO HABEAS PETITION** |

Under 28 U.S.C. § 2243, the Government respectfully submits this Return, together with the accompanying Memorandum of Law in opposition to the amended Petition for Writ of Habeas Corpus ("Petition"), filed by petitioner Rafael Andres Rubio Bohorquez ("Petitioner") (ECF No. 16), and the Declaration of Acting Assistant Field Office Director Tony Petito, dated February 4, 2026. The attached documents are taken from Petitioner's administrative file, as maintained by and provided to this Office by U.S. Immigration and Customs Enforcement ("ICE").

1.  Exhibit A is a copy of the Notice to Appear (Form I-862), dated January 12, 2026.

2.  Exhibit B is a copy of the Warrant for Arrest, dated January 12, 2026.

3.  Exhibit C is a copy of the Notice of Custody Determination (Form I-286), dated January 12, 2026.

4.  Exhibit D is a copy of the order from an Immigration Judge dated February 2, 2026, denying Petitioner's request for a change in custody.

The facts contained in Exhibit A through D, and in the Declaration of Acting Assistant Field Office Director Tony Petito, dated February 4, 2026, and the law set forth in the Government's Memorandum of Law in Opposition to the Petition, establish that Petitioner's detention is lawful.

WHEREFORE, the Government respectfully requests that the Court enter judgment denying the Petition.

Dated: New York, New York
February 4, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

By:    */s/ Chibogu Nneka Nzekwu*
C. NNEKA NZEKWU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2737
Chibogu.Nzekwu@usdoj.gov

2