**U.S. DEPARTMENT OF HOMELAND SECURITY**          **Warrant for Arrest of Alien**

File No. ███████

Date: _____ 1/12/26 _____

**To:**    Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that ___Rubio Bohorquez, Rafael Andres___ is removable from the United States. This determination is based upon:

☑ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☑ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☑ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

TONY PETITO          Digitally signed by TONY PETITO
DN: cn=TONY PETITO, o=U.S. Government,
ou=People, email=Tony.Petito@ice.dhs.gov, c=US

_____
(Signature of Authorized Immigration Officer)

T. Petito, (a)AFOD
_____
(Printed Name and Title of Authorized Immigration Officer)

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at ___East Meadow, NY___
                                                                          (Location)

on ___Rubio Bohorquez, Rafael___ on ___01/12/26___, and the contents of this
      (Name of Alien)                  (Date of Service)

notice were read to him or her in the ___English___ language.
                                        (Language)

_____          ___none___
Name and Signature of Officer          Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)