DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: RUBIO BOHORQUEZ, RAFAEL ANDRES

A-File Number: ▮▮▮▮▮▮▮▮

Date: 01/12/2026

Event ID: CIP2601000208

Subject ID: 401229140

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☒ Detained by the Department of Homeland Security.

☐ Released (check all that apply):

    ☐ Under bond in the amount of $ _____

    ☐ On your own recognizance.

    ☐ Under other conditions. [Additional document(s) will be provided.]

JOHN, J 4879
_____
Name and Signature of Authorized Officer

01/12/2026 2:52 PM
_____
Date and Time of Custody Determination

(A) SDDO
_____
Title

U.S. Immigration & Customs Enforcement DRO - Central Islip, NY
Sub Office Islip, NY US
_____
Office Location/Address

---

You may request a review of this custody determination by an immigration judge.

☐ I acknowledge receipt of this notification, and

    ☐ I **do** request an immigration judge review of this custody determination.

    ☐ I **do not** request an immigration judge review of this custody determination.

_Refused_
_____
Signature of Alien

01/12/2026
_____
Date

---

The contents of this notice were read to RUBIO BOHORQUEZ, RAFAEL ANDRES in the ENGLISH language.
                      (Name of Alien)                      (Name of Language)

MARTONE, A 4254
_____
Name and Signature of Officer

none
_____
Name or Number of Interpreter (if applicable)

Deportation Officer
_____
Title