# United States District Court
# Southern District of New York

R.A.R.B.,

                                    *Petitioner,*

                    - against -

LaDeon Francis, Field Office Director of
Enforcement and Removal Operations,
New York Field Office, Immigration and
Customs Enforcement; Todd Lyons,
Acting Director, Immigration and
Customs Enforcement; Kristi Noem,
Secretary, U.S. Department of Homeland
Security; U.S. Department of Homeland
Security; Pamela Bondi, U.S. Attorney
General; Executive Office For
Immigration Review,

                                    *Respondents.*

No. 26-cv-264 (JPC)

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE THAT the New York City Council respectfully moves
for leave to file the accompanying brief as amicus curiae in support of petitioner
R.A.R.B.'s petition for habeas corpus and related relief. R.A.R.B. consents to the filing of this motion, and respondents take no position on the motion. For the reasons
set forth in the accompanying memorandum of law, the motion should be granted.

Dated:    New York, New York
          February 6, 2026

                                   Respectfully submitted,

                                   MURIEL GOODE-TRUFANT
                                   *Corporation Counsel*
                                   *of the City of New York*
                                   Attorney for Amicus Curiae


                          By:    /s/ *Jamison Davies*
                                 JAMISON DAVIES
                                 Assistant Corporation Counsel

                                 100 Church Street
                                 New York, NY 10007
                                 212-356-2490
                                 jdavies@law.nyc.gov

# United States District Court
# Southern District of New York

R.A.R.B.,

*Petitioner*,

- against -

LaDeon Francis, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; Todd Lyons, Acting Director, Immigration and Customs Enforcement; Kristi Noem, Secretary, U.S. Department of Homeland Security; U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; Executive Office For Immigration Review,

*Respondents*.

No. 26-cv-264 (JPC)

## MEMORANDUM OF LAW IN SUPPORT OF MOTION OF THE NEW YORK CITY COUNCIL FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PETITIONER

Muriel Goode-Trufant
*Corporation Counsel*
*of the City of New York*
Attorney for Amicus Curiae
100 Church Street
New York, New York 10007
212-356-2490
jdavies@law.nyc.gov

Richard Dearing
Devin Slack
Bo Malin-Mayor
Jamison Davies
    *of Counsel*

February 6, 2026

The New York City Council respectfully moves this Court for leave to file the accompanying brief as amicus curiae in support of Rafael Rubio's petition for habeas corpus and related relief.

This Court has broad discretion to permit the filing of an amicus brief. *Johnson v. United States*, 2024 U.S. Dist. LEXIS 81259, at *1–2 (S.D.N.Y. May 2, 2024). Granting leave may be appropriate when, for example, the amicus has an interest in the action beyond that of the parties or has "unique information or perspective that can help the court beyond" what counsel for the parties may provide. *Auto. Club of New York, Inc. v. Port Auth. of New York & New Jersey*, 2011 WL 5865296, at *2 (S.D.N.Y. Nov. 22, 2011) (citation omitted); *see New York v. Nat'l Sci. Found.*, 2025 WL 1793858, at *6 (S.D.N.Y. June 30, 2025). Amicus participation is especially appropriate for "a public body clothed with powers and duties affecting the public interest, and involved in the subject matter presented before the court." *Andersen v. Leavitt*, 2007 WL 2343672, at *2 (E.D.N.Y. Aug. 13, 2007) (citation omitted).

The City Council has a special interest in this case. R.A.R.B. is a valued City Council employee who has contributed to the Council's operations through his hard work and commitment to public service. He has lived and worked in this country lawfully for years under a designation of Temporary Protected Status, which allows him to remain here until it becomes safe for him to return to his home country of Venezuela. Although the federal government has purported to terminate TPS status for many countries, many such terminations have been set aside or declared unlawful. *See Haitian Evangelical Clergy Ass'n v. Trump*, 789 F. Supp. 3d 255, 273 (E.D.N.Y. 2025); *Nat'l TPS All. v. Noem*, 798 F. Supp. 3d 1008, 1035 (N.D. Cal. 2025); *Doe v. Noem*, 2026 WL 184544, at *26 (N.D. Ill. Jan. 23, 2026). Here, though

the Department of Homeland Security has purportedly terminated TPS status for Venezuela, there is already a court judgment declaring that termination unlawful as to Mr. Rubio. *Nat'l TPS Alliance v. Noem*, 2025 WL 3539156, at *3 (N.D. Cal. Dec. 10, 2025). Therefore, Mr. Rubio should be allowed to continue his work as an integral member of our community.

For the foregoing reasons, the motion for leave to file the proposed amicus brief should be granted.

Dated:    New York, New York
          February 6, 2026

                              Respectfully submitted,

                              MURIEL GOODE-TRUFANT
                              *Corporation Counsel*
                              *of the City of New York*
                              Attorney for Amicus Curiae

                    By:    /s/ *Jamison Davies*
                           JAMISON DAVIES
                           Assistant Corporation Counsel

                           100 Church Street
                           New York, NY 10007
                           212-356-2490
                           jdavies@law.nyc.gov

RICHARD DEARING
DEVIN SLACK
BO MALIN-MAYOR
JAMISON DAVIES
    *of Counsel*

2

United States District Court
Southern District of New York

R.A.R.B.,

*Petitioner,*

- against -

LaDeon Francis, Field Office Director of
Enforcement and Removal Operations,
New York Field Office, Immigration and
Customs Enforcement; Todd Lyons,
Acting Director, Immigration and
Customs Enforcement; Kristi Noem,
Secretary, U.S. Department of Homeland
Security; U.S. Department of Homeland
Security; Pamela Bondi, U.S. Attorney
General; Executive Office For
Immigration Review,

*Respondents.*

No. 26-cv-264 (JPC)

I, Jamison Davies, declare under penalties of perjury pursuant to 2  U.S.C.
1746 that the following is true and correct:

1. I am a member in good standing of the bars of the State of New York and
of this Court. I am an Assistant Corporation Counsel in the Office of the Corporation
Counsel of the City of New York, attorney for proposed amicus curiae the New York
City Council in this action.

2. I submit this declaration in support of the motion of the New York City
Council to file an amicus brief asking that the Court immediately release petitioner
R.A.R.B. from custody and otherwise grant his re uests.

3. Attached hereto as E hibit A is a Reference Letter of ████████,
Director, Personnel Services Division, New York City Council, originally submitted

in support of petitioner's motion for release on bond.

  4. Attached hereto as E hibit B is a Reference Letter of ███████████,
Deputy Director, Personnel Services Division, New York City Council, originally
submitted in support of petitioner's motion for release on bond.

  5. Attached hereto as E hibit C is a Reference Letter of ███████████,
Payroll Manager, Personnel Services Division, New York City Council, originally
submitted in support of petitioner's motion for release on bond.

Dated:  New York, New York
     February 6, 2026

          Respectfully submitted,

          MURIEL GOODE-TRUFANT
          *Corporation Counsel*
          *of the City of New York*
          Attorney for Amicus Curiae

       By:  */s/ Jamison Davies*
          JAMISON DAVIES
          Assistant Corporation Counsel

          100 Church Street
          New York, NY 10007
          212-356-2490
          jdavies@law.nyc.gov

# Exhibit A



**THE COUNCIL**
**THE CITY OF NEW YORK**
**PERSONNEL SERVICES DIVISION**
**250 BROADWAY**
**NEW YORK, N.Y. 10007-2594**

January 15, 2026

To Honorable Judge Conroy:

This letter of reference is being provided in support of Rafael Rubio's bond release and continued employment at the New York City Council.

As the Director of the Personnel Services Division, it has been my pleasure to have hired Rafael on March 10, 2025, to join our team at the New York City Council.

I first met Rafael when he applied for a payroll position in mid-2024. Although I felt he was overqualified for that role; I held on to his resume for consideration in the event a suitable position became available on my team. Later in the year when we were able to offer him another position within my division, he enthusiastically accepted. Additionally, I clearly remember on his first day with the team that he was flooded with emotion and gratitude for being given this opportunity.

Currently, Rafael is a Data Analyst and Compliance Associate in the Personnel Services Division. He reports into the office consistently and arrives before his start time to prepare for each day's activities. He follows all policies and procedures for absences and communicates any changes in a timely and respectful manner.

He assists in evaluating internal systems for efficiency, problems, and inaccuracies, and develop and maintain protocols for handling, processing, and cleaning data. He collects, compiles, and analyzes data from various sources, and applies results to make recommendations related to compliance. He researches, analyzes, identifies, and recommends system and processes improvements. He proposes strategies that optimize statistical efficiency and quality. In addition, coordinates with management to align operational and informational priorities.

In comparison to his peers, Rafael has used his abilities and opportunities to the maximum potential. He readily analyzes issues and seeks resolutions, sometimes having to modify his approach to meet the needs of the situation most effectively. He seeks training opportunities in-house, externally, and via publications in order to keep abreast of his ever-changing environment.

For those who work closely with Rafael, it is clear that he is a well-liked member of the team and one who has garnered the respect of those around him. He has excellent interpersonal skills and has also taken the lead on various projects and assignments.

He has proven his worth many times through hard work, application of knowledge and foremost his level of skill. His desire for learning along with his solid commitment to projects gave him the opportunity to expand those skills to solid knowledge of functions and responsibilities. He has been integral in helping drive and complete various projects and deliver them on time. He has been capable of dealing with Council employees and the unique needs of working not only under normal deadline pressure, but extreme pressure.

In his oral communications and written correspondences, Rafael has clear expression of ideas and chooses his words wisely. He employs proper punctuation and good grammar in his presentations. He has demonstrated knowledge of the meaning of technical terminology used when performing his job functions.

His commitment to public service has grown exponentially in terms of his interest in and involvement with activities. As he continues his employment at the Council, he hopes to focus on areas where he can be effective in the public sector.

If you should require anything further, please contact me accordingly.

Sincerely,

Director
Personnel Services Division
New York City Council
Tel:
Email:

# Exhibit



**THE COUNCIL**
**THE CITY OF NEW YORK**
PERSONNEL SERVICES DIVISION
250 BROADWAY
NEW YORK, N.Y. 10007-2594

January 15, 2026

To Honorable Judge Conroy,

I am writing this letter in strong support of Mr. Rafael Rubio in connection with his bond release. I have had a close professional and mentoring relationship with Mr. Rubio for approximately ten months in my role as Deputy Director of the Personnel Services Division at the New York City Council.

During this period, Mr. Rubio has been an invaluable professional resource to our team. He has consistently demonstrated a high level of professionalism, responsibility, and integrity in all aspects of his work. He is reliable, thoughtful, and exceptionally well prepared, frequently providing well-researched documentation and insightful analysis during meetings. Mr. Rubio routinely asks thoughtful and appropriate questions to ensure that projects remain compliant with applicable laws and policies, reflecting both his strong legal acumen and his commitment to ethical standards.

In addition to his technical expertise, Mr. Rubio is highly inquisitive and demonstrates a genuine commitment to continuous learning and personal development. He actively seeks opportunities to deepen his knowledge, welcomes feedback, and applies new insights to improve both his individual performance and the overall effectiveness of the team. His dedication to professional growth is evident in the care he takes to stay informed, refine his skills, and contribute meaningfully to complex initiatives.

Mr. Rubio's contributions were particularly impactful during our work on the Workplace Violence Prevention (WVP) program. Since Mr. Rubio's absence as of January 12, 2026, the impact of his work has been felt significantly. Several workplace violence cases have arisen, and his absence has been particularly notable given his role as the liaison responsible for coordinating documentation, data collection, and follow-up related to recommendations from other internal oversight offices involved in this critical safety initiative. His knowledge, organization, and steady presence were central to ensuring consistency, compliance, and responsiveness in this process.

Mr. Rubio works extremely well in a team environment and is widely regarded as a trusted and collaborative colleague. He regularly goes the extra mile to assist others, offering guidance, clarification, and support whenever needed. Over time, I have observed him become a key resource to other members of the Personnel Services team, who rely on his knowledge, sound judgment, and willingness to help.

He approaches his work with diligence, accountability, and a sincere desire to contribute positively to the organization. His professional skills, combined with his responsible nature, collaborative spirit, and commitment to growth, have earned him the respect of both peers and leadership. Mr. Rubio is known among colleagues as a dependable, ethical, and compassionate professional who consistently demonstrates excellent moral character.

His abrupt absence from the office has also had a profound effect on staff morale. Many of his colleagues were aware of his status and were openly supportive of him throughout his process. Several were expecting

his presence promptly at 8:30am on the following day, January 13, 2026, and the unexpected outcome of January 12, 2026, has been deeply jarring for the team, underscoring the respect and regard in which he is held.

Based on my direct experience working closely with Mr. Rubio, I can state without hesitation that he is a person of excellent moral character, a dedicated professional, and someone who makes meaningful contributions to those around him. I respectfully offer this letter in support of his bond petition.

Should you require any additional information, please do not hesitate to contact me at ▮▮▮▮▮ or via email ▮▮▮▮▮▮▮▮▮▮

Sincerely,

Deputy Director
Personnel Services Division
New York City Council

# Exhibit



**THE COUNCIL
THE CITY OF NEW YORK
PERSONNEL SERVICES DIVISION**
250 BROADWAY
NEW YORK, N.Y. 10007-2594

January 15, 2026

To Honorable Judge Conroy,

It is my pleasure to write in strong support of Rafael Rubio's bond release. Rafael is my colleague in the Personnel Services Division of the New York City Council. I have served in the division for over twelve years, with extensive experience in timekeeping and payroll operations, and I currently hold the position of Payroll Manager.

I have worked closely with Rafael over the last several months, during which time our professional relationship has been both dependable and collegial. He has been instrumental in assisting me with compliance since my promotion to management last year. Our work together has reflected a mentoring dynamic rooted in mutual respect, professionalism, and a shared commitment to operational excellence. He is consistently reliable, responsive, and respectful in all interactions, which has made him a trusted and valued colleague.

As is evident from discussions regarding his experience, Rafael has excelled throughout his career and has demonstrated many notable accomplishments. For example, on one occasion when the Payroll Unit faced a tight deadline to adjust leave hours due to the year-end rollover, Rafael completed the required adjustments quickly, accurately, and with minimal supervision. His attention to detail and calm, solutions-oriented approach was critical in meeting the deadline without error.

Some of the tasks associated with the operations of the Payroll Unit that Rafael assists with include maintaining accurate and secure accounting of employee records to ensure precise data integration across multiple systems; monitoring leave balances weekly and ensuring adherence to the excess leave policy; notifying employees of excess leave balances and converting excess time as necessary; monitoring compensatory time usage and balances; reporting potential issues to the Employee and Labor Relations Unit for appropriate follow-up; and reconciling leave-of-absence data between timekeeping and human resources systems.

In addition to his considerable intellect and exemplary work performance, Rafael is a warm and engaging individual who leads by example. He is inclusive, thoughtful, and consistently demonstrates curiosity and motivation to learn. He comes well prepared for meetings and learning opportunities, having researched relevant topics so that he can contribute meaningful insights and actively engage in discussions. Rafael is articulate, well-read, and able to apply his knowledge effectively in a practical work setting. Importantly, he not only prioritizes his own professional development but is also mindful of the needs of others, offering support and guidance in a manner that reflects respect and collegial decorum.

If you should require anything further, please contact me accordingly at ▮▮▮▮▮ or via email at
▮▮▮▮▮▮▮▮

Sincerely,

▮▮▮▮▮▮▮▮

Payroll Manager
Personnel Services Division
New York City Council