# United States District Court
# Southern District of New York

R.A.R.B.,

*Petitioner,*

- against -

LaDeon Francis, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; Todd Lyons, Acting Director, Immigration and Customs Enforcement; Kristi Noem, Secretary, U.S. Department of Homeland Security; U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; Executive Office For Immigration Review,

*Respondents.*

No. 26-cv-264 (JPC)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT the New York City Council respectfully moves for leave to file the accompanying brief as amicus curiae in support of petitioner R.A.R.B.'s petition for habeas corpus and related relief. R.A.R.B. consents to the filing of this motion, and respondents take no position on the motion. For the reasons set forth in the accompanying memorandum of law, the motion should be granted.

By February 12, 2026, the parties should file letters with their views as to whether the Court should grant the New York City Council's motion to file a brief as an *amicus curiae.*

SO ORDERED
February 9, 2026

*[signature]*

JOHN P. CRONAN
United States District Judge