UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
R.A. R.B.                                                                                     :
:
                    Petitioner,                                    :
:
       -v-                                                                  :    26 Civ. 264 (JPC)
:
LADEON FRANCIS, *et al.*,                                              :    ORDER
:
                    Respondents.                                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Counsel for all parties are ordered to appear before the undersigned for a hearing on February 20, 2026, at 10:00 a.m. The hearing will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated: February 12, 2026
       New York, New York

                                                             JOHN P. CRONAN
                                                             United States District Judge