United States District Court
Southern District of New York

---

R.A.R.B.,

                *Petitioner,*

- against -

LaDeon Francis, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; Todd Lyons, Acting Director, Immigration and Customs Enforcement; Kristi Noem, Secretary, U.S. Department of Homeland Security; U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; Executive Office For Immigration Review,

                *Respondents.*

No. 26-cv-264 (JPC)

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE THAT the New York City Council respectfully moves for leave to file the accompanying brief as amicus curiae in support of petitioner R.A.R.B.'s petition for habeas corpus and related relief. R.A.R.B. consents to the filing of this motion, and respondents take no position on the motion. For the reasons set forth in the accompanying memorandum of law, the motion should be granted.

In light of the fact that neither party has objected, and because the New York City Council's perspective may be useful to the Court's consideration of this case, the request to file an amicus brief is granted. *See Picard v. Greiff*, 797 F. Supp. 2d 451, 452 (S.D.N.Y. 2011) ("[A] district court has broad discretion to grant or deny an appearance as amicus curiae in a given case."); *United States v. Adams*, 348 F.R.D. 408, 409 (S.D.N.Y. 2025) (characterizing the appointment of amicus curiae as an exercise of the court's "inherent authority").

SO ORDERED
February 13, 2026

*[signature]*
JOHN P. CRONAN
United States District Judge