UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
R.A. R.B.                                                              :
:
                    Petitioner,                                  :
:
        -v-                                                     :   26 Civ. 264 (JPC)
:
LADEON FRANCIS, *et al.*,                                              :   ORDER
:
                    Respondents.                                 :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 9, 2026, the Court ordered the parties to file letters by February 11, 2026, stating whether they believe the records in this case should be sealed. Dkt. 27. On February 10, 2026, Petitioner advised that he does not believe the records in this matter should be sealed. Dkt. 31. The Government has not expressed an objection to unsealing. Because the parties have not shown why any filings should be sealed, the Court plans to unseal all filings on the docket. *See Press-Enter. Co. v. Superior Ct. of Cal. for Riverside Cnty.*, 478 U.S. 1, 13-14 (1986) ("[P]roceedings cannot be closed unless specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest." (internal quotation marks omitted)). Before that occurs, however, the parties must propose redactions to all exhibits that contain personally identifiable information or otherwise reveal sensitive material appropriate for redaction by February 18, 2026, in accordance with Rule 4 of the undersigned's Individual Rules and Practices in Civil Cases.

      SO ORDERED.

Dated: February 13, 2026
       New York, New York

                                                      JOHN P. CRONAN
                                                      United States District Judge