

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 18, 2026

**By ECF**
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *R.A. R.B. v. Francis, et al.*, No. 26 Civ. 264 (JPC)

Dear Judge Cronan:

    This Office represents the government in the above-referenced habeas corpus action. The Court has scheduled a hearing in this case for Friday, February 20, 2026. I write respectfully to request an adjournment of that hearing date to a date convenient for the Court on or after February 25, 2026.

    I make this request because I am unavailable on the current hearing date, as I have pre-arranged travel plans and will not be in the office. As the assigned attorney, I am the most knowledgeable individual to appear and address the issues raised at a hearing. This is the government's first request for an adjournment of this hearing. Petitioner's counsel opposes this request, but I am unavailable on the current date, and given the brevity of the requested adjournment, any potential prejudice would be minimal. Thus, I respectfully request that the hearing scheduled for February 20, 2026, be adjourned to a date on or after February 25, 2026.

    I thank the Court for its consideration of this request.

The hearing scheduled for February 20, 2026 is adjourned until February 26, 2026, at 9:00 a.m. By February 23, 2026, the parties shall submit a letter addressing (1) whether Petitioner's Temporary Protected Status ("TPS") has been confirmed or withdrawn in 2025 or 2026, including if any documentation reflects that status, and (2) whether there is evidence showing that any withdrawal or expiration of Petitioner's TPS was due solely to Venezuela's designation, as opposed to other factors. The Clerk of Court is respectfully directed to close Dkt. 36,

SO ORDERED
February 18, 2026

*[signature]*
JOHN P. CRONAN
United States District Judge

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ *Chibogu Nneka Nzekwu*
C. Nneka Nzekwu
Assistant United States Attorney
Tel.: (212) 637-2737
Email: Chibogu.Nzekwu@usdoj.gov

cc: Counsel of record (By ECF)