UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                    :

R.A. R.B.                                                                       :

                              Petitioner,                    :

                                                                                   :

                          -v-                             :                     26 Civ. 264 (JPC)

                                                                                  :

LADEON FRANCIS, *et al.*,                       :                         <u>ORDER</u>

                                                                                  :

                              Respondents.                :

                                                                                   :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On February 13, 2026, the Court ordered the parties to propose redactions to all exhibits that contain personally identifiable information or otherwise reveal sensitive material appropriate for redaction, in accordance with Rule 4 of the undersigned's Individual Rules and Practices in Civil Cases, by February 18, 2026.  Dkt. 34.  It is now February 20, 2026, and neither party has proposed redactions to any exhibits.  No later than February 25, 2026, the parties must propose redactions in accordance with the Court's February 13, 2026 Order.

       SO ORDERED.

Dated: February 20, 2026
       New York, New York
                                                           JOHN P. CRONAN
                                                           United States District Judge