

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 23, 2026

**By ECF**
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *R.A. R.B. v. Francis, et al.*, No. 26 Civ. 264 (JPC)

Dear Judge Cronan:

This Office represents the government in the above-referenced habeas corpus action filed by petitioner Rafael Andres Rubio Bohorquez ("Petitioner"). On February 18, 2026, the Court issued an order directing the government to file a letter providing certain information about Petitioner's Temporary Protected Status ("TPS") within three business days, *i.e.*, by today. *See* Dkt. No. 39. I write respectfully in response to that order to provide the following responses:

**a.**     whether Petitioner's Temporary Protected Status ("TPS") has been confirmed or withdrawn in 2025 or 2026, including if any documentation reflects that status.

   **a.     Response:** Petitioner's TPS was terminated on November 20, 2025, by operation of law, *see* 8 C.F.R. § 244.19, due to the Secretary of Homeland Security's termination of Venezuela's TPS designation. *See* Termination of the 2021 Designation of Venezuela for Temporary Protected Status, 90 Fed. Reg. 43225 (Sept. 8, 2025).

**b.**      whether there is evidence showing that any withdrawal or expiration of Petitioner's TPS was due solely to Venezuela's designation, as opposed to other factors.

   **b.     Response:** See above.

* * *

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   _s/ Chibogu Nneka Nzekwu_____
C. NNEKA NZEKWU
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2737
E-mail: Chibogu.Nzekwu@usdoj.gov

cc:    Counsel of Record (by ECF)

2