# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand twenty-six.

Before: Raymond J. Lohier, Jr.,
*Chief Judge,*
Denny Chin,
William J. Nardini,
*Circuit Judges.*

---

Rafael Andres Rubio Bohorquez,

Petitioner - Appellant,

v.

Kenneth Genalo, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement, Todd Lyons, Acting Director, Immigration and Customs Enforcement, Markwayne Mullin, Secretary of Homeland Security, Todd Blanche, Acting United States Attorney General, United States Department of Homeland Security, Executive Office for Immigration Review,

Respondents - Appellees.

---

**ORDER**

Docket No. 26-1026

Pursuant to *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950), this case is dismissed as moot.

SO ORDERED
September 1, 2026

JOHN P. CRONAN
United States District Judge

Appellant moves for vacatur of the district court's order dated March 23, 2026, under *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950), following this Court's order granting the Government's motion to dismiss the appeal as moot. The Government does not oppose the motion.

IT IS HEREBY ORDERED that the motion for vacatur of the district court's order is GRANTED, and the case is REMANDED to the district court with instructions to dismiss the case as moot.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/28/2026